BROOKLYN AND QUEENS TRANSIT CORPORATION, Respondent, v. CITY OF NEW YORK, Appellant.

Argued June 10, 1937; decided July 13, 1937.

*Paul Windels, Corporation Counsel (Paxton Blair, Oscar S. Cox, Sol Charles Levine* and *Meyer Bernstein* of counsel), for appellant.

*Harold L. Warner, Henry Root Stern, Paul D. Miller* and *George D. Yeomans* for respondent.

Orders reversed and complaint dismissed, with costs in all courts. Question certified answered in the negative on the authority of *New York Rapid Transit Corp.* v. *City of New York* (275 N. Y. 258). No opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.